**POS-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>M. Ryan Pinkston, Esq. | SBN: 310971<br>SEYFARTH SHAW LLP<br>560 Mission Street Suite 3100  San Francisco, CA 94105<br><br>TELEPHONE NO.: (415) 397-2823 | FAX NO. (415) 397-8549 | E-MAIL ADDRESS rpinkston@seyfarth.com<br>ATTORNEY FOR *(Name):* Plaintiff: RUC14 PLAYA LLC, et al. | FOR COURT USE ONLY<br><br>**Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>4/05/2024 11:47 AM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By C. Reyes-Lam, Deputy Clerk** |
| **TORRANCE SUPERIOR COURT**<br>STREET ADDRESS: 825 MAPLE AVENUE<br>CITY AND ZIP CODE: TORRANCE, CA 90503<br>BRANCH NAME: SOUTHWEST DISTRICT | |
| PLAINTIFF/PETITIONER: RUC14 PLAYA LLC, et al.<br>DEFENDANT/RESPONDENT: TA PARTNERS LLC, et al. | CASE NUMBER:<br><br>24TRCV00859 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>119731-000002 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; NOTICE OF CASE ASSIGNMENT UNLIMITED CIVIL CASE; MINUTE ORDER**
3. a. Party served *(specify name of party as shown on documents served):*
   **VARDE PARTNERS, INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Dana Marti - Paralegal/Authorized to Accept Service**
   > Age: 40 | Weight: 200 | Hair: Blond | Sex: Female | Height: 5'7 | Eyes: Hazel | Race: Caucasian

4. Address where the party was served: **901 Marquette Ave Ste 3300<br>Minneapolis, MN 55402**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **3/21/2024**   (2) at *(time):* **1:30 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*                              **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br>**POS010-1/SF194834**

| PETITIONER: **RUC14 PLAYA LLC, et al.** | CASE NUMBER: |
| RESPONDENT: **TA PARTNERS LLC, et al.** | **24TRCV00859** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                  *(2) from (city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of **VARDE PARTNERS, INC.**
    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                     ☐ other:

7. **Person who served papers**
a. Name: **Robert Rider - Nationwide Legal, LLC REG: 12-234648**
b. Address: **1625 Clay Street 4th Floor  Oakland, CA 94612**
c. Telephone number: **(510) 444-4690**
d. **The fee** for service was: **$ 484.10**
e. I am:

    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
        (i) ☐ owner      ☐ employee     ☐ independent contractor.
        (ii) Registration No.:
        (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/25/2024**

**Nationwide Legal, LLC**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 444-4690**
**www.nationwideasap.com**

| **Robert Rider** | ▶ |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |