# United States District Court
### Central District of California
## Office of the Clerk

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

August 30, 2024

To: Clerk, United States Bankruptcy Court
Central District of California - Los Angeles Division

Re: Transfer of our Civil Case No. 2:24-cv-07028 DSF (JCx)
Case Title:

Dear Sir/Madam:

**An order having been made transferring or referring the above-numbered case to the Bankruptcy Court, we are transmitting herewith our file to cacborders@cacb.uscourts.gov:**

☒ Copy of the order of transfer in pdf format.
☒ Copy of the case docket (public version) in pdf format.
☒ Copy of the complaint and any cross-complaint(s) in pdf format.  "Notice of Removal"
☒ Other documents are accessible through PACER.
☐ Other: _____

Date: August 30, 2024

Very truly yours,
Clerk, U.S. District Court

By /s/ J. Lam (Jenny_Lam@cacd.uscourts.gov)
Deputy Clerk

cc: All counsel of record

---

### TO BE COMPLETED BY THE RECEIVING COURT

**Please acknowledge receipt via e-mail to the address indicated below and provide the case number assigned in your court.**

☐ CivilIntakecourtdocs-LA@cacd.uscourts.gov (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov (Santa Ana Office)

Bankruptcy Case Number: _____   Adversary Case Number: _____
Division: _____

Clerk, U.S. Bankruptcy Court

Date: _____   By _____
Deputy Clerk